UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -against-

Jamarri Reid

                                        Defendant(s).

------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

21   -CR- 174( ) ( )

Defendant __Jamarri Reid_____ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _X_ teleconferencing:

___    Initial Appearance Before a Judicial Officer

_X_    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Bail/Detention Hearing

___    Conference Before a Judicial Officer

__/s/ Jamarri Reid   By/ [signature]__              ____[signature]_____
Defendant's Signature                                    Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

**Jamarri Reid**                                   **Megan W. Benett**
Print Defendant's Name                            Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

__3/18/21_____             ____[signature]_____
Date                                                           U.S. District Judge/U.S. Magistrate Judge