# KREINDLER & KREINDLER LLP

ATTORNEYS AT LAW

750 THIRD AVENUE
32nd FLOOR
New York, NY 10017
(212) 973-3406
Fax No. (212) 972-9432

**MEGAN WOLFE BENETT**
www.kreindler.com
mbenett@kreindler.com

March 19, 2021

> It is hereby ORDERED that Defendant's request is GRANTED. The bail hearing scheduled for March 23, 2021 will be adjourned to a time and date to be determined by the Court.
>
> SO ORDERED.
>
> Date:   March 19, 2021
>         New York, New York
>
> _____
> JOHN P. CRONAN
> United States District Judge

Via ECF/CM
Hon. John P. Cronan
United States District Court
for the Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *United States v. Jamarri Reid*, 21 Cr. 174 (S.D.N.Y.) (JPC)

Dear Judge Cronan:

I represent Jamarri Reid, defendant in the above-captioned prosecution.

At yesterday's telephonic conference, I asked for a bail hearing and said I would advise the Court if we would not be ready to submit our bail application in time for the government to respond before the hearing on Tuesday, March 23, 2021.

I am still compiling the necessary information and will not be prepared to proceed on Tuesday, March 23, 2021. I ask the Court for a bail hearing date the week following, if possible, or, in the alternative, the week of April 5, 2021. I am available any day after 10:30 am except for April 5, 2021.

Respectfully submitted,

_____/s/_____
Megan W. Benett
Counsel for Jamarri Reid