UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                       :

UNITED STATES OF AMERICA              :

             -v-                                :          21 Cr. 174 (JPC)

JAMARRI REID,                            :          <u>ORDER</u>

                Defendant.            :

-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        The Court is in receipt of a letter-motion from Defendant in support of his request for pre-trial release on his own recognizance, sent to Chambers and the Government via e-mail, which the Court understands will be filed on ECF in due course. It is hereby ordered that the Government shall respond to Defendant's letter-motion by March 29, 2021.

        SO ORDERED.

Dated: March 26, 2021
       New York, New York
                                                        JOHN P. CRONAN
                                                  United States District Judge