UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -against-

Jamarri Reid

                                  Defendant(s).
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

21    -CR- 174 (   ) (   )

Defendant __Jamarri Reid_____ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _X_ teleconferencing:

____ Initial Appearance Before a Judicial Officer

____ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_X__ Bail/Detention Hearing

____ Conference Before a Judicial Officer

Jamarri Reid  By/ _[signature]_
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_Jamarri Reid_____
Print Defendant's Name

_[signature]_
_____
Defendant's Counsel's Signature

_Megan W. Benett_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

_3/30/2021_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge