```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
UNITED STATES OF AMERICA                                         :
                                                                 :
              -v-                                                :    21 Cr. 174 (JPC)
                                                                 :
JAMARRI REID,                                                    :    ORDER
                                                                 :
                        Defendant.                               :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On April 20, 2021, the Court ordered Defendant to file any motions by May 7, 2021. No motions have been filed. Accordingly, the Court intends to set a trial date in this case. The parties should advise the Court of any unavailability for trial in July, August, or September 2021 by close of business on May 13, 2021.

SO ORDERED.

Dated: May 11, 2021
       New York, New York

_____
JOHN P. CRONAN
United States District Judge