```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                              :
UNITED STATES OF AMERICA                      :
                                              :
          -v-                                 :       21 Cr. 174 (JPC)
                                              :
JAMARRI REID,                                 :       ORDER
                                              :
                    Defendant.                :
------------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      In an Order dated June 17, 2021, the Court set a trial date in this case of August 24, 2021. Dkt. 26. The Court has excluded time pursuant to the Speedy Trial Act through August 9, 2021, the date of the next scheduled status conference. Dkt. 27. The Court granted that exclusion of time, in the absence of Defendant Jamarri Reid's consent, citing, among other considerations, the logistical challenges of conducting a jury trial during the COVID-19 pandemic, and explaining that August 24, 2021 was the first available trial date. *Id.* In a letter filed on June 25, 2021, Mr. Reid's counsel requested an adjournment of the August 24, 2021 trial date to October 4, 2021, because of "calendar conflicts." Dkt. 28. Counsel's letter noted that the Assistant United States Attorney does not object to this adjournment, but the letter does not indicate whether Mr. Reid consents to an exclusion of time pursuant to the Speedy Trial Act through October 4, 2021.

      The Court will hold a conference in this case on July 1, 2021 at 4:00 p.m. in Courtroom 12D, 500 Pearl Street, New York, NY 10007. The parties should be prepared to discuss defense counsel's June 25, 2021 request for a trial adjournment. The Court also expects to inquire as to whether Mr. Reid consents to an exclusion of time under the Speedy Trial Act until that date.

      SO ORDERED.

Dated: June 28, 2021
      New York, New York                                 JOHN P. CRONAN
                                                                              United States District Judge