UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                :
UNITED STATES OF AMERICA,                                       :
                                                                :
                                                                :
              -v-                                               :                21 Cr. 174 (JPC)
                                                                :
                                                                :                ORDER
JAMARRI REID,                                                   :
                                                                :
                            Defendant.                          :
                                                                :
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On December 7, 2021, the Court received a letter from Defendant Jamarri Reid, a copy of which was provided to counsel for the Defendant via email *ex parte*.  It is hereby ORDERED that, by December 10, 2021, Defendant's counsel shall advise the Court whether there is an objection to providing a copy of the letter to the Government and/or to publicly filing the letter on the docket, and, if so, the basis for that objection.

      SO ORDERED.

Dated: December 7, 2021
     New York, New York                            JOHN P. CRONAN
                                        United States District Judge